# Exhibit A

Case: 1:24-cv-04152 Document #: 28-1 Filed: 09/01/24 Page 2 of 2 PageID #:449

## Checkout (1 item) 

| 1 | Shipping address | Stevenson V Moore<br>151 E WACKER DR<br>CHICAGO, IL 60601-3764<br>Add delivery instructions | Change |
|---|---|---|---|
| | | **FREE pickup available nearby**<br>Pickup and • 0.6 mi (See details)<br>Change to pickup | |
| 2 | Payment method | Paying with Visa 7626<br>Billing address: Stevenson Moore V, 1624 Aur… | Change |

∧ Add a gift card or promotion code or voucher

[Enter code]   [Apply]

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $14.99 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $14.99 |
| Estimated tax to be collected: | $1.54 |
| **Order total:** | **$16.53** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

### 3  Review items and shipping

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

Get a **$1 digital reward** with FREE No-Rush Shipping.

**Arriving May 17, 2024** If you order in the next 4 hours and 19 minutes (Details)
Items shipped from Amazon.com



**SLENPET Neck Fan, Rechargeable Personal Fan Portable, Hands Free wearable Battery Operated Fan 5 Speeds, USB Neck Cooling Fan for Indoor Outdoor, Adjustable Width Fit, Digital Display, 4-12 Hours**

**$14.99**

& FREE Returns

Qty: 1
Sold by: SLENPET

🎁 Add gift options

**Choose your Prime delivery option:**

◉ **Tomorrow, May 17**
FREE One Day Delivery

○ **Friday, May 24**
FREE No-Rush Delivery
Get a $1 reward for select digital purchases. One reward per purchase.
Details

**Or choose your pickup location:**
Pickup available nearby
Choose a location

---

[Place your order]   **Order total: $16.53**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.