# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN JISU TECHNOLOGY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS AND UNINCORPORATED ) <br> ASSOCIATIONS IDENTIFIED ON SCHEDULE A, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:24-cv-04152 <br><br> Honorable Judge Sara L. Ellis <br><br> Magistrate Judge Jennice W. Appenteng |

## DECLARATION OF WENTAO HU

I, Wentao Hu, under penalty of perjury and in accordance with the requirements of 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen, and I am of sound mind and body to make this declaration.
2. I make this declaration voluntarily, by my own free will, and without any duress or indue influence.
3. The fact stated in this declaration are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.
4. I am the General Manager of Shenzhen Willsea E-Commerce Co. Limited (identified by the Plaintiff as "SLENPET").
5. On June 28, 2024, SLENPET received notice that Amazon had frozen its account and stopped the sales of its neck fan product through SLENPET's Amazon storefront as the result of a temporary restraining order by a Federal Court.
6. Based on conservative estimate, SLENPET will lose $3,000 a day in revenue every day the temporary restraining order is in effect in addition to losses attributed to the loss of Amazon ranking and loss of search engine optimization (SEO).
7. With each passing day that SLENPET's listing is restricted, it is less and less likely that SLENPET will be able to reestablish its Amazon ranking that it enjoyed before its product listing was restricted by the Court's temporary restraining order. SLENPET

1

2

expects to spend in excess of $30,000 in advertising to try to regain its ranking and SEO positions. In event that those efforts are not successful, SLENPET stands to lose hundreds of thousands of dollars (and possibly over a million) in profits stemming from the improperly issued temporary restraining order.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on August 1, 2024

*Wentao Hu*

Wentao Hu