# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN JISU TECHNOLOGY CO., LTD

                        Plaintiff,

v.                                                      Case No.: 1:24−cv−04152

                                                                         Honorable Sara L. Ellis

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2024:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants in part Defendant SLENPET's motion to modify the temporary restraining order bond amount [28]. A "court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." Fed. R. Civ. P. 65(c). "The appropriate amount of the bond is subject to the court's discretion." *Monster Energy Co. v. Wensheng*, 136 F. Supp. 3d 897, 910 (N.D. Ill. 2015). "[W]hen setting the amount of security, district courts should err on the high side." *Mead Johnson & Co. v. Abbott Lab'ys*, 201 F.3d 883, 888 (7th Cir. 2000). In this case, the Court initially required a $1,000 bond. Having reviewed Plaintiff's and SLENPET's arguments concerning the proper bond amount, the Court finds it appropriate to increase the bond amount in this case to $370,000, which takes into account the number of defendants Plaintiff initially sued and the potential damages they may have incurred under the temporary restraining order in this case. The Court thus orders Plaintiff to deposit with the Court an additional $369,000, either cash or security bond, as security within seven (7) calendar days of this order. Status date set for 10/2/2024 at 9:30 a.m. on Plaintiff's motion for a preliminary injunction against SLENPET [13] and SLENPET's motion for damages [28] to stand. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.